UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOPHIA THELISMA ETIENNE, )<br>)<br>Petitioner, )<br>v. )<br>)<br>FLORIDA DEPARTMENT OF )<br>CHILDREN AND FAMILIES *et al.*, )<br>)<br>Respondents. ) | Civil Action No.  25-02052 (UNA) |

## MEMORANDUM OPINION

In this *pro se* action styled "Petition for Enforcement by U.S. Marshals and Motion for Arrest Warrants," the petitioner, a Washington, D.C. resident, seeks to enforce an alleged default judgment against the Florida respondents. The petitioner claims to be "a living woman, beneficiary of the Saafiyah Mustafa El Trust, and biological mother" of three "minor heirs . . ., all held in private trust." Pet., ECF No. 1 at 1-2. She seeks an order directing "the immediate intervention" of the Marshals Service "for the recovery of private trust property (minor children) and execution of lawful remedies." *Id.* at 2.; *see* Pet'r's Mot. for Transfer of Jurisdiction and Federal Oversight, ECF No. 2 at 1 (asking this Court "to assert federal jurisdiction and provide independent oversight of civil rights violations" occurring "within the State of Florida particularly Indian River County and its affiliated courts and agencies"); *but see Thelisma v. State of Florida*, No. 25-cv-01561 (D.D.C. July 21, 2025) (order transferring to the Southern District of Florida case challenging the purported "removal and adoption" of the petitioner's three children "in the State of Florida").

The petitioner does not claim that she obtained a default judgment from this Court, and she has not filed "a certified copy" of a foreign judgment. 28 U.S.C. § 1963 ("Registration of

judgments for enforcement in other districts"). In any event, the petition is premised on the frivolous notion that the minor children are "trust property," and frivolousness "embraces" both "the inarguable legal conclusion" and "the fanciful factual allegation." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). Therefore, this action will be dismissed by separate order. *See* 28 U.S.C. § 1915(e)(2)(B)(i) (authorizing immediate dismissal of a frivolous action).

Date: October 27, 2025

/s/
DABNEY L. FRIEDRICH
United States District Judge